FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2022

No. 04-22-00491-CV

**MODIVCARE SOLUTIONS, LLC** formerly known as LogistiCare Solutions, LLC; and
ModivCare Solutions, Inc. formerly known as Providence Service Corporation,
Appellants

v.

Andrew Nathan **VIERA** and Adela Garza,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-20-17
Honorable Baldemar Garza, Judge Presiding

# O R D E R

Appellants' motion to extend time to file their brief is GRANTED. Appellants' brief is due October 6, 2022.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court